# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN HOLLOWAY,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>McDONALD, Warden,<br><br>　　　　Respondent. | Case No. CV 12-3709-MMM (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: May 30, 2013

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE